IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LUTHER E. COUNCIL, JR.,**

    **Plaintiff,**

vs.                        **CASE NO. 4:11-cv-652/RS-CAS**

**WAKULLA COUNTY, FLORIDA,
WAKULLA COUNTY COMMISSIONERS,
And BENJAMIN H. PINGREE**

    **Defendants.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 13), Plaintiff's Motion for Reconsideration (Doc. 14), and the Magistrate Judge's Second Report and Recommendation (Doc. 16). I have reviewed the Plaintiff's Motion for Reconsideration and considered it *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendations (Doc. 13 & 16) are adopted and incorporated by reference in this Order.

2. The Motion to Dismiss (Doc. 5) is **GRANTED**.

3. The federal claims presented in Plaintiff's Complaint (Doc. 1) are **DISMISSED** for failure to state a claim. I decline to exercise supplemental jurisdiction over the remaining state claims.

4. Plaintiff's Motion for Reconsideration (Doc. 14) is **DENIED**.

5. The clerk is directed to close the file.

**ORDERED** on June 28, 2012.

            <u>/S/ Richard Smoak</u>
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**